1

2

3

4

5

6

7             UNITED STATES DISTRICT COURT

8             CENTRAL DISTRICT OF CALIFORNIA

9

10   JOSE A. CARDONA,               )    NO.  CV 12-6259-GHK (AGR)
                                    )
11              Petitioner,          )
                                    )    JUDGMENT
12      v.                          )
                                    )
13   DAVID B. LONG, Warden,         )
                                    )
14              Respondent.          )
                                    )
15

16       Pursuant to the Order Accepting Findings and Recommendation of United

17   States Magistrate Judge,

18       IT IS ADJUDGED that the Petition in this matter is denied and dismissed with

19   prejudice.

20

21   DATED:    11/17/14          _____

22                                    GEORGE H. KING
                                    Chief United States District Judge

23

24

25

26

27

28